WILLIAMS *v.* THE STATE.

GILBERT, J. The verdict was supported by evidence. None of the grounds of the motion for new trial show error.

*Judgment affirmed. All the Justices concur.*

*N*o. 6732. NOVEMBER 14, 1928.

284

*A. H. Gray,* for plaintiff in error.

*George M. Napier, attorney-general, B. T. Castellow, solicitor-general, T. R. Gress, assistant attorney-general,* and *Bond Almand,* contra.